IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JAMERE MONTGOMERY, | : | CIVIL ACTION |
| Plaintiff, | : | |
| v. | : | |
| LABORERS DISTRICT COUNCIL OF PHILADELPHIA AND VICINITY, et. al., | : | No. 15-2815 |
| Defendants. | | |

## ORDER

AND NOW, on **April 1, 2016,** it is ORDERED that, upon consideration of Defendants' Motion for Summary Judgment (doc. 28), Plaintiff's Response (doc. 29), and Defendants' Reply (doc. 30), Defendants' Motion for Summary Judgment is GRANTED for the reasons stated in the accompanying memorandum.   Judgment is entered in favor of the Defendants and the Clerk is directed to close the case.

BY THE COURT:


*/s/ Timothy R. Rice*
TIMOTHY R. RICE
U.S. MAGISTRATE JUDGE